UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| John Doe, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-00265 |
| v. | ) |
| | ) |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |

**Plaintiff's Motion for Leave to File Under Seal**

**NOW COMES** Plaintiff John Doe ("Plaintiff"), by and through Plaintiff's undersigned counsel, hereby requests leave to file the following documents under seal: (i) Schedule A attached to the Complaint, which lists the fully interactive, e-commerce stores operating under the seller aliases ("Seller Aliases") and the corresponding e-commerce store URLs under the Online Marketplaces; and (ii) the Declaration of John Doe and accompanying Exhibits, which include screenshot printouts showing the e-commerce stores operating under the Seller Aliases.

In this action, Plaintiff is seeking expedited discovery in order to facilitate their investigation and in anticipation of temporary *ex parte* relief based on an action for design patent infringement. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the completion of Plaintiff's investigation and anticipated motion for and execution of a preliminary injunction order to include a temporary asset restraint. If Defendants were to learn of these proceedings prematurely, such as from sellerdefense.cn or other court monitoring service, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the Plaintiff has completed Plaintiff's investigation, the anticipated preliminary injunction order has been served on

the relevant parties, and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated: January 15, 2022

                                                               Respectfully submitted,

                                                               /s/Ilya G. Zlatkin
                                                               Zlatkin Wong LLP
                                                               4245 N. Knox Ave.
                                                               Chicago, IL 60641
                                                               ilya@zlatkinwong.com
                                                               Ph. (312) 809-8022
                                                               Fax (312) 809-6918

                                                               *Counsel for Plaintiff*