# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Doe

         Plaintiff,

v.               Case No.:
               1:22–cv–00265

               Honorable John Robert Blakey

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

          Defendant.

_____

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 26, 2022:

    MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's motions to seal [5], for limited expedited discovery [6], and for electronic service of process [8]. The Court also finds that Plaintiff's allegations support the joinder of Defendants in this single action. Plaintiff has alleged and established, via declaration [7], that the sellers identified on Schedule A share "unique identifiers, such as templates with common design elements which intentionally omit any contact information or other information for identifying Defendants or other Seller Aliases they operate or use." Plaintiff has also established that the ecommerce stores operating under the Seller Aliases "include other notable common features, such as use of the same registration patterns, accepted payment methods, checkout methods, keywords, illegitimate search engine optimization (SEO), advertising tactics, similarities in price and quantities, the same incorrect grammar and misspellings, and/or the use of the same text and images," and that the products sold by the Seller Aliases all are one of two different color variations and "bear similar irregularities and indicia of being unauthorized to one another, suggesting that the Infringing Products were manufactured by and come from a common source and that Defendants are interrelated." For present purposes, this satisfies the "series of transactions or occurrences" requirement of section 299(a)(1), as well as Fed. R. Civ. P. 20(a)(2), and Plaintiff may proceed against the identified Defendants in this single action. The 1/27/22 Notice of Motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.