**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

John Doe

                              Plaintiff,

v.                                                      Case No.: 1:22−cv−00265

                                                           Honorable John Robert Blakey

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 4, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Telephonic and in person motion hearing held on 1/4/2023. Oral motion by Attorney Leonard Bernstein to file an appearance on behalf of Defendant Prime Etech Commerce is granted. Plaintiff's motion for entry of default judgment [24] is denied without prejudice for the reasons stated in open court. The Court directs the Clerk to unseal any previously sealed documents in this matter. Plaintiff's counsel is directed to add all defendants listed on Schedule A to the Court's docket within three business days. Plaintiff may find instructions at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.